# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DIANA SHEARER AND JEFF SHEARER,    :    No. 248 MAL 2016

               Petitioners        :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

            v.                    :

SCOTT HAFER AND PAULETTE FORD,     :

             Respondents       :


## ORDER


**PER CURIAM**

       **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioners, are:

     a.      Whether the Superior Court should be reversed because it erred in affirming the trial court's order granting [Respondents'] request for a protective order where Mrs. Shearer has the right to have counsel present and to audio record all portions of a defense neuropsychological examination pursuant to the clear language of Pa.R.C.P. 4010[?]

     b.      Whether the Superior Court should be reversed because it erred in affirming the trial court's order granting [Respondents'] request for a protective order where Mrs. Shearer has the right to have counsel present and to audio record all portions of a defense neuropsychological examination and where [Respondents] have not shown good cause to justify stripping Mrs. Shearer of these protections granted to her under Pa.R.C.P. 4010[?]

       In addition to the issues framed by Petitioners, the parties are directed to address the following question:

Whether the Superior Court erred in holding that the appeal was properly before it under the collateral order doctrine of Pa.R.A.P. 313?